IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:05CR129 |
| v. | ) | |
| MARCO ANTONIO CASTILLO-RAMIREZ, | ) | ORDER |
| Defendant. | ) | |

The Court has been advised defendant wishes to enter a plea. Accordingly,

IT IS ORDERED that the Rule 11 hearing is scheduled for:

**Friday, September 23, 2005, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 22nd day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court