IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR129 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCO ANTONIO CASTILLO-RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Friday, March 31, 2006, at 3 p.m.**

DATED this 29th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court